32 So.2d 172

### Marvin VICKERS et al. v. C. J. HOWELL et al.

6 Div. 548.

Supreme Court of Alabama.
May 15, 1947.

Appeal from Circuit Court, Jefferson County; E. M. Creel, Judge.

F. R. Ingram, of Birmingham, for appellants.

Ingram Beasley, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed.

29 So.2d 890

### William WARD v. W. A. GUNTER et al.

3 Div. 469.

Supreme Court of Alabama.
Dec. 18, 1946.

Appeal from Circuit Court, Autauga County; Arthur Glover, Judge.

Steiner, Crum & Weil, of Montgomery, and Pettus, Fuller, Reeves & Stewart, of Selma, for appellant.

Jack Crenshaw, of Montgomery, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

29 So.2d 891

### E. W. WINDHAM, etc. et al. v. H. P. PORTER et al.

6 Div. 450.

Supreme Court of Alabama.
Nov. 26, 1946.

Appeal from Circuit Court, Jefferson County; Gardner Goodwyn, Judge.

PER CURIAM.

Appeal dismissed, want of prosecution.

29 So.2d 891

### Emma Lee WRIGHT v. STATE.

6 Div. 522.

Supreme Court of Alabama.
Feb. 28, 1947.

Appeal from Circuit Court, Jefferson County; J. Russell McElroy, Judge.

Murder, second degree.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.